IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
WESLEY BARBER,                    )
                                  )    2:05-cv-2326-GEB-DAD
            Plaintiff,            )
                                  )
     v.                           )    ORDER
                                  )
CLIFF SIMPSON, and                )
UNADELL TURNER,                   )
                                  )
            Defendants.           )
_____)
```

       On January 26, 2006, Defendants filed a motion to dismiss all of Plaintiff's claims on various grounds. On February 27, 2006, Plaintiff filed what he characterized as a related motion in which he sought summary judgment on all of his claims. An Order issued February 28, 2006, which vacated Plaintiff's motion for summary judgment because it was not timely noticed for hearing as required by Local Rule 78-230. However, upon consideration of the motions, it has become evident that one of the issues raised in Plaintiff's motion for summary judgment should be considered before decision is reached on Defendants' motion to dismiss. The issue is whether the Washoe Tribal Court exceeded its jurisdiction when it adjudicated the ownership of

the property referred to by the parties as 425 Barber Road. Therefore, the parties shall brief this issue as follows:

(1) Opening briefs shall be filed no later than April 3, 2006;

(2) Response briefs shall be filed no later than April 10, 2006;

(3) Any reply brief shall be filed no later than April 17, 2006.

A hearing is scheduled on the issue on April 24, 2006, at 9:00 a.m.

IT IS SO ORDERED.

Dated: March 16, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge